Michael AMALFITANO,
Plaintiff–Appellant,

v.

UNITED STATES, FEDERAL ELECTION COMMISSION, and John Ashcroft, in his official capacity as Attorney General of the United States, Defendants–Appellees.

Docket No. 01–6046.

United States Court of Appeals, Second Circuit.

Oct. 16, 2001.

Todd C. Bank, Kew Gardens, NY, for appellant.

Neil S. Binder, Ass't U.S. Att'y, SDNY, N.Y., NY, for appellees.

Present NEWMAN, KEARSE, Circuit Judges, and CARMAN, Chief Judge.*

### SUMMARY ORDER

This cause came on to be heard on the record from the United States District

---

* Honorable Gregory W. Carman, Chief Judge of the United States Court of International Trade, sitting by designation.

* Honorable Gregory W. Carman, Chief Judge of the United States Court of International Trade, sitting by designation.

Court for the Southern District of New York, and was argued by counsel.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed substantially for the reasons stated in Judge Wood's order dated February 7, 2001.

We have considered all of plaintiff's contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.